83,885 - 03

No. _____

**IN THE STATE OF TEXAS COURT
OF CRIMINAL APPEALS ON
ORIGINAL ACTION JURISDICTION**

**APPLICANT'S PRO SE MOTION SEEKING COURT LEAVE TO
FILE ORIGINAL ACTION APPLICATION FOR
WRIT OF HABEAS CORPUS**

This document contains some
pages that are of poor quality
at the time of imaging.

To the HONORABLE CLERK of said COURT:

Comes now IRSHAD ISMAIL BAIG, pro se Applicant in cause sub judice and

submits his pro-se MOTION SEEKING COURT LEAVE TO FILE ORIGINAL ACTION

APPLICATION FOR WRIT OF HABEAS CORPUS.

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 14 2015

Abel Acosta, Clerk

I.

JURISDICTIONAL STATEMENT

(1) Applicant IRSHAD ISMAIL BAIG is being restrained of his constitutional protected

liberty and property interest by virtue of Fort Bend County Cause Number 15-CCR-

180026 under color of STATE OF TEXAS statutory law contrary to and inconsistent

with the official Constitution(s) of Texas and United States of America. Texas Code

of Criminal Procedure (2012) Articles 11.01, 11.04, 11.05, 11.09.

II.

STATEMENT OF CASE

(2) Applicant was initially charged by Information under Article 22.01 (a) (1) Texas

Code of Criminal Procedure (See Attachment A - Fort Bend County Register of

Actions) on or about April 13, 2015.

(3) On or about May 13, 2015 Applicant filed his pro-se Application For Writ of Habeas Corpus, Article 11.09 Tex. Code Crim. Proc. (2012). See Attachment A.

(4) In the United States Supreme Court Case of LaChance V. Erickson 522 U.S. 262, 266; 118 S. ct. 753 (1998) and progeny it was plainly established "IF A LIBERTY INTEREST IS CREATED BY STATUTE, DUE PROCESS REQUIRES NOTICE AND MEANINGFUL OPPORTUNITY TO BE HEARD." Furthermore, in TARTER V. HURY 646 F. 2d 1010 (5th Cir. 1981) and progeny this Circuit plainly established "Pro se litigant entitled to have pro-se motions considered by court although he had appointed counsel".

(5) Applicant IRSHAD ISMAIL BAIG, while proceeding pro-se during prosecution of Cause Number 15-CCR-180026, made numerous documented attempts to have the Fort Bend County Court #3 entertain his pro-se Art. 11.09 Habeas Corpus Application, however, said trial court has to date ignored every single pleading Applicant had properly filed. During over 100 days of documented prosecution of said Cause (supra) the trial court has set and reset said Cause for jury trial. Clearly, taking the case to jury trial would blatantly moot and thus deny Applicant's State of Texas and United States Constitutional Right/Entitlement to have his Art. 11.09 Application entertained, addressed by the trial court.

(6) On or about September 10, 2015 Applicant filed his pro-se motion to "WITHDRAW SUBJECT MATTER JURISDICTION IN ORDER TO PROCEED ORIGINAL ACTION JURISDICTION OF TEXAS COURT OF CRIMINAL APPEALS." See Attachment B [3 Motions].

PREMISES CONSIDERED:

(7) Applicant prays the Court to GRANT LEAVE TO FILE ORIGINAL ACTION

ARTICLE 11.09 Application For Writ OF HABEAS CORPUS attached hereto and

thereafter GRANT/ISSUE THE WRIT sua sponte; in all things. So Moved and

Prayed.

_____

IRSHAD ISMAIL BAIG

11706 Nobility Drive, Stafford, TX 77477

Sworn to and Subscribed

before me _Amin M. MEERZA_

this _12th_ day of September 2015

_____

Notary Public for

Fort Bend County, Texas



NOTARY PUBLIC
STATE OF TEXAS
AMIN M MEERZA
My Commission Expires
June 1, 2016

Skip to Main Content Logout My Account Search Menu New Criminal Search Refine Search Back          Location : Fort Bend    Images Help

# REGISTER OF ACTIONS
## CASE NO. 15-CCR-180026

| | | |
|---|---|---|
| **State of Texas vs Irshad Ismail Baig** | § § § § § | Case Type: **Adult Misdemeanor - Filed by Information** <br> Date Filed: **04/13/2015** <br> Location: **County Court at Law 3** |

---

### RELATED CASE INFORMATION

**Related Cases**
14-CCR-177950 (Other)

---

### PARTY INFORMATION

| | | | Attorneys |
|---|---|---|---|
| **Defendant** | **Baig, Irshad Ismail** <br> Stafford, TX 77477 | Male Asian <br> 5' 8", 190 lbs | |
| **State** | **State of Texas** <br> Richmond, TX 77469 | | |
| **Witness** | **Baig, Kausar Jehan** <br> Meadows Place, TX 77477 | Female Asian | |
| **Witness** | **Davis, Kelly** <br> Meadows Place, TX 77477 | | |
| **Witness** | **Muratee, Shobana** <br> SUGAR LAND, TX 77478 | Female Asian | |

---

### CHARGE INFORMATION

| Charges: Baig, Irshad Ismail | Statute | Level | Date |
|---|---|---|---|
| 1. ASSAULT CAUSES BODILY INJURY FAMILY VIOLENCE | 22.01 (a)(1) | Class A Misdemeanor | 11/09/2014 |

---

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | |
|---|---|
| 04/13/2015 | **Complaint** |
| 04/13/2015 | **Information** |
| 04/13/2015 | **Docket Sheet** |
| 04/13/2015 | **Case Filed (open event) - Criminal** |
| 04/13/2015 | **Application/Request for Summons** <br> *by State* |
| 04/13/2015 | **Warrant Information Sheet** |
| 04/20/2015 | **Summons - Mail** <br> *Irshad Ismail Baig* |
| 04/20/2015 | **Summons** <br> Baig, Irshad Ismail          Unserved |
| 05/01/2015 | **Motion (No Fee)** <br> *Defendant Pro Se Motion for Self Representation at Jury Trial and All Related Court Process in Above Styled, Numbered Cause of Action* |
| 05/01/2015 | **Affidavit** <br> *of Nolle Prosequi* |
| 05/13/2015 | **Writ of Habeas Corpus Pre-Judgment** |
| 05/13/2015 | **Motion (No Fee)** <br> *to quash charging complaint; dismiss prosecution* |
| 05/22/2015 | **Reset** |
| 06/26/2015 | **Notice** <br> *Certificate of Service* |
| 06/26/2015 | **Motion (No Fee)** <br> *Defendant Po Se Motion Requesting Court to Order its Clerk/Reporter to Make Complete Transcription* |
| 06/26/2015 | **Motion (No Fee)** <br> *for Court to set date on docket for Motions hearing* |
| 06/30/2015 | **Reset** |
| 06/30/2015 | **Reset** |
| 06/30/2015 | **Motion (No Fee)** <br> *Pro Se Motion to Hold All Proceedings in Abeyance* |
| 06/30/2015 | **Jury** |
| 07/14/2015 | **Copy Request** |
| 07/14/2015 | **Motion for Discovery** <br> *and order* |

| | |
|---|---|
| 07/14/2015 | **Motion (No Fee)** |
| | *requesting finding of fact with conclusions of law/ and order* |
| 07/14/2015 | **Motion (No Fee)** |
| | *objection to trial court consolidation of more than one charging instrument offense for prosecution in a single trial/ and order* |
| 07/20/2015 | **Motion (No Fee)** |
| | *Def Pro-Se Motion Electing Trial Jury to Assess Punishment* |
| 07/20/2015 | **Motion (No Fee)** |
| 07/21/2015 | **Reset** |
| 07/21/2015 | **Motion (No Fee)** |
| | *To Dismiss Cause Sub Judice For Want of Prosecution (Pro Se)* |
| 07/28/2015 | **Application for Subpoena** |
| 08/18/2015 | **Subpoena - Constable 2** |
| | *Kausar Jehan Baig* |
| 08/18/2015 | **Subpoena - Constable 2** |
| | *Kausar Jehan Baig (Duces Tecum)* |
| 08/18/2015 | **Subpoena - Constable 2** |
| | *Kelly Davis* |
| 08/18/2015 | **Subpoena - Constable 4** |
| | *Shobana Muratee* |

| | | |
|---|---|---|
| 08/24/2015 | **Subpoena** | |
| | Baig, Kausar Jehan | Unserved |
| 08/24/2015 | **Subpoena** | |
| | Baig, Kausar Jehan | Unserved |
| 08/24/2015 | **Subpoena** | |
| | Davis, Kelly | Unserved |
| 08/24/2015 | **Subpoena** | |
| | Muratee, Shobana | Returned Unserved 09/03/2015 |
| | | Returned      09/03/2015 |

| | |
|---|---|
| 09/04/2015 | **Motion (No Fee)** |
| | *Applicant Pro Se Motion To Expedite Disposition of Subject Matter In Article 11.09 Application For Haveas Corpus Relief* |
| 09/15/2015 | **Jury Trial** (11:00 AM) (Judicial Officer Lowery, Susan G.) |
| | *Pro Se* |
| | *05/22/2015 Reset by Court to 06/30/2015* |
| | *06/30/2015 Reset by Court to 07/21/2015* |
| | *07/21/2015 Reset by Court to 09/15/2015* |

| | | |
|---|---|---|
| STATE OF TEXAS | ) | IN THE COUNTY COURT AT LAW NO. 3 |
| V. | ) | |
| | ) | FOR |
| IRSHAD ISMAIL BAIG, | ) | |
| Defendant, Pro Se | ) | FORT BEND COUNTY, TEXAS |

## IN THE COURT OF CRIMINAL APPEALS OF TEXAS
## APPLICATION FOR WRIT OF HABEAS CORPUS
## (T.C.C.P. ARTICLE 11.09; 11.05; 11.04; 11.01)

Applicant: IRSHAD ISMAIL BAIG
Date of Birth: April 07, 1964

## STATEMENT OF CASE

1)  On or about November 18, 2014, Kausar Baig, wife of Applicant herein, made a criminal Complaint with Meadows Police Department of Fort Bend County, Texas implying family violence may have occurred.

2)  A judicial Protection Order was applied for by C.P.S. (Child Protection Service) and was summarily granted, temporarily prohibiting Applicant from associating with or contacting his immediate family in Cause number 14-DCV-219, 272 on or about December 01, 2014. Earlier, on or about November 9th thru 14th, 2014, after C.P.S. officers had interviewed my wife, she was threatened in the



No. 15-CCR - 180026
~~14-DCR - 068010~~
County Court at Law No. 3
Fort Bend County, Texas

|  |  |  |
|---|---|---|
| STATE OF TEXAS | ) | IN THE COUNTY COURT AT LAW |
|  | ) | NO. 3 |
| V. | ) |  |
|  | ) | FOR |
| IRSHAD ISMAIL BAIG, | ) |  |
|  | ) |  |
| Defendant, Pro Se | ) | FORT BEND COUNTY, TEXAS |
|  | ) |  |

## IN THE COURT OF CRIMINAL APPEALS OF TEXAS
## APPLICATION FOR WRIT OF HABEAS CORPUS
## (T.C.C.P. ARTICLE 11.09; 11.04)

Applicant: IRSHAD ISMAIL BAIG
Date of Birth: April ▮▮, 1964

### STATEMENT OF CASE

1)      On or about November 18, 2014, Kausar Baig, wife of Applicant herein, made a criminal Complaint with Meadows Police Department of Fort Bend County, Texas implying family violence may have occurred.

2)      A judicial Protection Order was applied for by C.P.S. (Child Protection Service) and was summarily granted, temporarily prohibiting Applicant from associating with or contacting his immediate family in Cause number 14-DCV-219, 272 on or about December 01, 2014. Earlier, on or about November 9th thru 14th, 2014, after C.P.S. officers had interviewed my wife, she was threatened in the

following manner "If you do not sign an Affidavit against your husband, today we will take official custody against your three children and put them in a State Home."

3) After the Protective Order was granted, the state of Texas as well as the County of Fort Bend, Texas elected to file and prosecute subsequent felony and misdemeanor charges against Applicant under Cause Numbers 14-DCR-68010 (felony) and under 14-CCR-177950, December 2014, January 2015.

4) On or about January 26, 2015, the state of Texas moved to Dismiss the protective Order and Court granted same. See: **Attachment 1**.

5) On or about April 13, 2015, the state of Texas moved to Dismiss felony prosecution in Cause Number 14-DCR-68010 to re-file same as Misdemeanor in Cause Number 15-CCR-180026, subjudice.

6) Applicant is now before the Court seeking habeas corpus relief from what he perceives to be unwarranted judicial harassment and blatant abuse of tax payer funds.

## LEGAL CLAIM

7) Applicant is presently restrained of his liberty and property interests in Fort Bend County, Texas under color of State of Texas law in manner contrary to and inconsistent with the Constitution and law of the United States of America and specifically the FOURTH, FIFTH, SIXTH, and FOURTEENTH Amendments

thereto.

8) Applicant herein urges the writ of Habeas Corpus to issue forth against Fort Bend County Misdemeanor Complaint/Information number 15-CCR-180026 and Dismiss with Prejudice all charges incident thereto.

## CAUSE

9) Applicant is a resident of Fort Bend County living at 11706 Nobility Drive, Stafford, Texas, 77477 thus in personam jurisdiction is satisfied. Jurisdictional authority is under T.C.C.P. Article 11.09 (2010); Article 11.04 (2013).

10) By virtue of criminal Complaint/Information in Cause number 15-CCR-180026 in Fort Bend County, Texas there has arisen applicable Bail Bond restraints as well as numerous and continuing open court appearances which mandate lost working days (Applicant recently laid off after 17 years because of taking too much time off for courts). All of paragraph 10 restraints conclusively establish injury to both Applicant's liberty interests and vested property rights which are severely injured. U.S. Supreme Court declares money as property and 19¢ injury states valid Claim.

11) Applicant complained of liberty restraint has been in effect since on or about December 15, 2014 some 130 days of restraint with continuing effect has elapsed, regardless of fact Applicant admonished the diverse judges, D.A., trial courts that Applicant desired a fast and speedy trial on merits. Applicant has not yet been to

trial and the State Prosecutors have NO valid evidence to set before a jury beyond that of mere speculation which cannot sustain a conviction. BARKER V. WINGO ___ S. Ct. ___ (1972); WEBBER V. STATE, 29 S.W. 3d 226 (P.D.R. ref.) Tex. App. Hou. (14th) 2000; T.C.C.P. Art. 38.03 and progeny.

12) Finally, Applicant's constitutional rights are essentially a federal question and the instant Pleading is filed to exhaust state remedy at this point.

13) Applicant is supporting his legal claims herein with copy(s) of authentic evidence via sworn, notarized Affidavit(s) and relevant Fort Bend County documents.

14) Applicant has submitted herewith at Attachment A, B: State MOTION TO DISMISS PROSECUTION in Fort Bend County, 434th Judicial District, Cause Number 14-DCR-68010 and State INFORMATION in Cause Number 15-CCR-180026.

15) Applicant has submitted herewith as **EXHIBITS 2, 3, 4** the sworn, notarized Affidavits of KAUSAR IRSHAD BAIG, at **#2**; ZAID IRSHAD BAIG , at **#3**; IRSHAD ISMAIL BAIG, at **#4**

16) At paragraphs 3, 4, 5 of KAUSAR's Affidavit there exists material facts of fear that has coercion implications; irrebuttable declarations which is clearly negative of State criminal statutes required mens rea criteria.

17) At paragraphs 3, 4, 5 of ZAID's Affidavit there exists material facts,

negative of State criminal statutes required mens rea criteria.

18) At paragraphs 4, 5, 6 of IRSHAD's Affidavit there exists material fact declaring negative impact upon State criminal statutes and specifically those relating to a person's actions or omissions under severe duress as established by sworn Affidavit of KAUSAR IRSHAD BAIG, **Exhibit 2** herewith.

19) A cursory review of all State evidence in this case even including its companion cases should reveal the State's entire prosecution of Applicant here has evolved from a woman under duress seeking only some kind of temporary protective order at suggestion of a neighbor/friend when neither ever realized the State (local) prosecutors could or would take more extreme action against her entire family. Regardless, however, the status quo of the present State position is frivolous at best. Please take note also of the Sworn Affidavits of Nolle Prosequi on file with Fort Bend County Court and Prosecutors attached herewith, at **Attachments A1 and A2**.

PREMISES CONSIDERED:

20) Applicant respectfully moves the honorable Court to DISMISS with/without Prejudice the State Information in Misdemeanor Cause number 15-CCR-180026.

So Moved and Prayed

IRSHAD ISMAIL BAIG

FILED

MAY 13 PM 4: 02

COUNTY CLERK
FORT BEND COUNTY, TEXAS

## ORDER

On the __ day of _____, 2015 came on to be heard the Application for

WRIT OF HABEAS CORPUS under Texas Code Criminal Procedure, Article

11.09 (2014) and having given due consideration to same, including the evidence

submitted therewith, the Court is of the opinion the WRIT be

GRANTED/DENIED and on this same day the State Information is

DISMISSED/ALLOWED to proceed.


_____                Date: _____, 2015

Presiding Judge

No. 15-CCR-180026
County Court at Law No. 3
Fort Bend County, Texas

| | | |
|---|---|---|
| STATE OF TEXAS | ) | IN THE COUNTY COURT AT LAW |
| | ) | NO. 3 |
| V. | ) | |
| | ) | FOR |
| IRSHAD ISMAIL BAIG, | ) | |
| | ) | |
| Defendant, Pro Se | ) | FORT BEND COUNTY, TEXAS |
| | ) | |
| | ) | |
| | ) | |

## CERTIFICATE OF AUTHENTICITY

I, IRSHAD ISMAIL BAIG, Habeas Corpus Applicant in above styled,

numbered Cause of Action, hereby, herein swear upon oath under penalty of

perjury according to law that all EXHIBITS and ATTACHMENTS evidentiary in

scope, nature included with instant Certificate are true and correct photo copies of

the Original documents on file with Fort Bend County and District Clerk Offices in

Fort Bend County, Texas.

IRSHAD ISMAIL BAIG

11706 Nobility Drive, Stafford, Texas 77477

Notary Public, in and for

Fort Bend County, Texas

AMIN M MEERZA
My Commission Expires
June 1, 2016

FILED

NO. 14-DCV-219,272

| | | |
|---|---|---|
| IN THE MATTER OF | § | IN THE <u>328th</u> DISTRICT COURT |
| <u>KAUSAR BAIG</u><br>APPLICANT | § | OF |
| AND | | |
| <u>IRSHAD BAIG</u><br>RESPONDENT | § | FORT BEND COUNTY, TEXAS |

AND ON BEHALF OF
ZAID BAIG, AMAN BAIG, KABIR BAIG

<u>MOTION TO DISMISS</u>

COMES NOW, Tonika Davis, Assistant District Attorney of Fort Bend County, Texas, on behalf of Applicant and respectfully requests this Court to Dismiss Without Prejudice, the above entitled and numbered cause, which was instituted pursuant to Chapter 71. of the Texas Family Code.

Respectfully submitted,

Chad Bridges
Fort Bend County
Asst. District Attorney
Attorney for Applicant
SBN: 00790369

Tonika Davis
Asst. Dist. Atty. Ft. Bend County
Attorney for Applicant
SBN: 24080003

301 Jackson Street
Richmond, TX 77469
(281) 341-4460

**FILED**

JAN 26 2015 jm
AT 10.55 A. M.
Clerk District Court, Fort Bend Co., TX

NO. 14-DCV-219,272

| IN THE MATTER OF | § | IN THE 328th DISTRICT COURT |
| | | |
| KAUSAR BAIG<br>APPLICANT | § | OF |
| | | |
| AND | | |
| | | |
| IRSHAD BAIG<br>RESPONDENT | § | FORT BEND COUNTY, TEXAS |

AND ON BEHALF OF
ZAID BAIG, AMAN BAIG, KABIR BAIG

## ORDER TO DISMISS

On this 26th day of January, 2015, came on to be heard the motion of the Assistant District Attorney to dismiss the above entitled and numbered cause for the foregoing reasons. The Court having considered the pleadings, and having heard the evidence and argument of counsel is satisfied that the above stated reasons are good and sufficient to authorize the requested dismissal.

THEREFORE, it is ORDERED, ADJUDGED AND DECREED that the above entitled and numbered cause of action be and is hereby Dismissed Without Prejudice.

SIGNED this 26th day of January, 2015.

_____
JUDGE PRESIDING

_____
ASSOCIATE JUDGE PRESIDING

**FILED**

JAN 26 2015

AT 10:55 A.M.

Clerk District Court, Fort Bend Co., TX

NO. 14-DCR-68010

| THE STATE OF TEXAS | | IN THE DISTRICT COURT OF |
|---|---|---|
| VS. | § § § § § § § | FORT BEND COUNTY, TEXAS |
| Irshad Ismail Baig | | 434 TH JUDICIAL DISTRICT |
| Defendant | | |

## MOTION TO DISMISS

On this the 13th day of April, 20 15, the State of Texas, by and through the below-named Assistant District Attorney, respectfully requests the Court to DISMISS the above styled and numbered criminal action in which the defendant is charged with the offense of Injury to Child, for the following reason(s) to wit:

☐ The evidence is insufficient to prove this case beyond a reasonable doubt;
☐ The defendant was convicted in another case: Cause Number(s):_____
☐ The complaining witness requests dismissal;
☑ The case has been refiled: Cause Number Misdemeanor Assault FV
☐ The defendant is unapprehended;
☐ The defendant is deceased;
☐ The defendant has been granted immunity for the defendant's testimony;
☐ The defendant made full restitution, including fees and Court costs; or
☐ Other, to wit:

ENTERED 4/4-15 H

Wherefore, it is prayed that the above case be dismissed with leave to refile,

FILED AMY TORASEK

APR 13 2015

AT 1:43 P.M.

Clerk District Court, Fort Bend Co., TX

Respectfully submitted,

_____
Assistant District Attorney

### ORDER

Motion to Dismiss is GRANTED on this the 13 day of Oct ,20 15

_____
Judge Presiding

# THE STATE OF TEXAS

### VS

## IRSHAD ISMAIL BAIG

Richa Kumar
22.01 (a)(1)
13990031

| | |
|---|---|
| D.O.B.: 04/██/1964 | DA CONTROL NO: 14-011029 |
| CHARGE: ASSAULT CAUSES BODILY INJURY FAMILY VIOLENCE/ MA | ARREST DATE: NA/SUMMONS |
| CAUSE NO: 15-CCR-180026 | OFFENSE DATE: November 09, 2014 |
| COUNTY COURT AT LAW NO: 3 | AGENCY/ AGENCY NO: MEADOWS PLACE POLICE DEPARTMENT/ 20145075477 |
| RELATED CASES: ASSAULT CAUSES BODILY INJURY FAMILY VIOLENCE | CO-DEF: |

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

Before me, the undersigned Assistant District Attorney of Fort Bend County, Texas, this day appeared the undersigned affiant, who under oath says he has good reason to believe and does believe that in Fort Bend County, Texas, **IRSHAD ISMAIL BAIG**, hereafter styled the Defendant heretofore on or about **November 09, 2014**, did then and there intentionally, knowingly, or recklessly cause bodily injury to Zaid Baig by pushing him with Defendant's hand.

It is further presented that at the time of the offense alleged above Zaid Baig was a member of the defendant's family or household or in a dating relationship with the defendant.

AGAINST THE PEACE AND DIGNITY OF THE STATE.

SWORN TO AND SUBSCRIBED BEFORE ME ON ___04/13/15___

FILED
2015 APR 13 PM 3:59
COUNTY CLERK
FORT BEND COUNTY, TEXAS

**AFFIANT**

**ASSISTANT DISTRICT ATTORNEY**
**FORT BEND COUNTY, TEXAS**

MISDEMEANOR COMPLAINT (ORIGINAL/DA/AGENCY)

EXHIBIT #2

## No. 14-DCR-068010

|  |  |
|---|---|
| STATE OF TEXAS | ) |
|  | ) |
|  | ) |
| V. | )   BEFORE THE 434TH DISTRICT |
|  | )   COURT OF FORT BEND COUNTY, |
| IRSHAD ISMAIL BAIG, | )   TEXAS |
|  | ) |
| Defendant, Pro Se | ) |
|  | ) |
|  | ) |
|  | ) |

### SWORN AFFIDAVIT

I, KAUSAR IRSHAD BAIG, hereby, herein swear upon oath under penalty of perjury according to law that the following declarations, averments, statements of fact, paragraphs 1 thru 5 are true and correct being based upon my own personal knowledge and experience.

1) I was born August ███, 1972 and presently reside at 11706 Nobility Drive in Stafford, Texas 77477 and my telephone number is 281-658-2640. On or about November 09, 2014 at above residence my husband Irshad Ismail Baig and I had a misunderstanding; disagreement resulting in a serious argument concerning our financial position.

2) Although at the suggestion and assistance of my friend I was taken to a nearby police station where I signed some form of Complaint against my husband, I was too nervous to read the Complaint so I merely signed at the place I was told to sign by policeman.

3) Days later, on or about November 20, 2014, I was questioned by C.P.S. and informed that my children could be taken away from me by the State of Texas if I refused to sign papers for some "Protective Order." I looked at the papers and signed them for fear of losing my children. I never read those papers either.

4) My children are my life and if they were taken away from me, I could not live. I believe Mr. Enrico Fernando was one of the officers who talked to me. The State employees who talked with me were very nice but when it involved the State taking my children, I heard and understood very clearly and there was nobody that could quiet that tremendous fear in my heart.

5) I never suffered any actual offensive, provocative or painful physical injuries from my husband Irshad Ismail Baig at any time during the names, dates, places incident as a basis for State prosecution arising out of Fort Bend County, Texas.

1

Further Affiant sayeth not.

KAUSAR IRSHAD BAIG

Sworn To and Subscribed
Before me on this 16ᵗʰ day
of February, 2015 A.D.

Notary Public in Fort Bend County, Texas

Date: 02|16|2015.

AMIN M MEERZA
My Commission Expires
June 1, 2016

2

EXHIBIT #3

## No. 14-DCR-068010

| | |
|---|---|
| STATE OF TEXAS | ) |
| | ) |
| V. | ) BEFORE THE 434TH DISTRICT |
| | ) COURT OF FORT BEND COUNTY, |
| IRSHAD ISMAIL BAIG, | ) TEXAS |
| | ) |
| Defendant, Pro Se | ) |
| | ) |
| | ) |
| | ) |

### SWORN AFFIDAVIT

I, ZAID IRSHAD BAIG, hereby, swear upon oath under penalty of perjury according to law that the following declarations, averments, statements of fact, paragraphs 1 thru 6 are true and correct being based upon my own personal knowledge and experience.

1) I was born December ▇▇▇ 1999 and presently reside at 11706 Nobility Drive in Stafford, Texas 77477 and my telephone number is 281-658-2640. On or about November 09, 2014 at above residence my natural parents, Irshad father and Kausar mother were arguing about financial problems. I was present with them at the time and I reached over and grabbed my father's arm in attempt to voice my own opinion on the subjects they were discussing. My father reacted in a shocked or surprised manner.

2) My mother Kausar subsequently asked a friend to take her to the Police Department because she was still very angry at my father. Several days later I was interviewed by Child Protective Agency workers.

3) I never did and still do not regard the argumentive language or actions of my father Irshad or my mother Kausar either provocative or offensive to or toward my personal being, throughout the entire month of November 2014.

4) I never witnessed any actual bodily injury of my mother Kausar or my own person during the November 09, 2014 argument between my mother Kausar and father Irshad over financial issues. Neither was I involved in or aware of any other such arguments during the year of 2014.

5) On or about November 20, 2014 both my mother Kausar and myself (Zaid) were questioned by C.P.S. Officer ENRICO FERNANDO during which time my statements were put on tape recorder. At that time I specifically declared "I am not scared or afraid of my father Irshad" and

1

"I acted to intervene" (idem sonan) (para. 1 supra.) with my father Irshad at, during the time of argument the State's erroneous prosecution of my father is presently based upon.

6) Based upon my own personal experience, in this subject matter under Cause No. 14-DCR-068010, I can see no rational cause for my father Irshad to be put in jail or the tumultuous pain caused in my family during separation because of a "protective order" subsequently dismissed by Judge Ronald R. _____. I suffered no personal injury or offense at the hand of my father Irshad Baig at any time incident to State of Texas Cause Number 14-DCR-068010.

Further Affiant sayeth not.

_____
ZAID BAIG

Sworn To and Subscribed
Before me on this _16th_ day
of February, 2015 A.D.

_____
Notary Public in Fort Bend County, Texas

Date: __16.02.14__

AMIN M MEERZA
My Commission Expires
June 1, 2016

2

EXHIBIT #4

No. 14-DCR-068010

| | |
|---|---|
| STATE OF TEXAS | ) |
| | ) |
| | ) |
| V. | ) BEFORE THE 434TH DISTRICT |

STATE OF TEXAS                    )
                                 )
V.                               ) BEFORE THE 434TH DISTRICT
                                 ) COURT OF FORT BEND COUNTY,
IRSHAD ISMAIL BAIG,              )           TEXAS
                                 )
        Defendant, Pro Se        )
                                 )
                                 )
                                 )

## SWORN AFFIDAVIT

I, IRSHAD ISMAIL BAIG, hereby, herein swear upon oath under penalty of perjury according to law that the following declarations, averments, statements of fact, paragraphs 1 thru 6 are true and correct being based upon my own personal knowledge and experience.

1) I am the named Defendant in Cause No. 14-DCR-068010 arising out of Fort Bend County, Texas.

2) I am proceeding pro-se in my own defense in said (para. 1 Cause Number,) being fully aware of the possible pitfalls, dangers of such representation, as well as being aware of my State of Texas and United States (federal) rights to defend myself personally.

3) I have a sound, secure belief based upon reasoned study of applicable law that I have also filed numerous other pro-se pleadings material and relevant to the disposition of all substantive due process of law issues, questions arising out of the proceedings in Cause sub judice.

4) I have a sound, secure belief based upon a reasoned study of applicable case law authority, both state and federal, that there is either no substantive evidence or only a scintilla of evidence existing that can objectively support the State of Texas felony charges I am on trial for in Cause sub judice.

5) I formally declare, aver and propose that any further prosecution of Fort Bend County Cause Number 14-DCR-068010 based upon presently non-existing evidence would be an abuse of Texas taxpayer funds. However, I do not have authority to remedy.

6) I further declare that at anytime incident to the substantive questions in Fort Bend County Cause Number 14-DCR-068010, I do not recall ever verbally or physically abusing or injuring any member of my family and specifically not my son ZAID nor my wife KAUSAR.

1

Further Affiant sayeth not.

IRSHAD ISMAIL BAIG

Sworn To and Subscribed
Before me on this 16th day
of February, 2015 A.D.

Notary Public in Fort Bend County, Texas

Date: 2/16/2015

AMIN M MEERZA
My Commission Expires
June 1, 2016

2

COPY

ORIGINAL filed on 5-1-15
in the (illegible) records.
Copies NOT compared.
LAURA RICHARD, County Clerk

By (signature)

No. 15-CCR-180026
County Court at Law No. 3
Fort Bend County, Texas

|  |  |
|---|---|
| STATE OF TEXAS | ) |
| | ) |
| V. | ) |
| | ) |
| IRSHAD ISMAIL BAIG, | ) |
| | ) |
| Defendant, Pro Se | ) |
| | ) |
| | ) |
| | ) |

BEFORE THE COURT

RECEIVED

COUNTY COURT AT LAW NO. 3

FOR MAY 01 2015

DISTRICT ATTORNEY'S OFFICE

FORT BEND COUNTY, TEXAS

## AFFIDAVIT OF NOLLE PROSEQUI

I, **ZAID IRHSAD BAIG**, hereby and herein swear upon oath, under the penalty of perjury according to law that the following declarations, averments, statements of fact paragraphs 1 thru 5 are true, correct being based upon my personal knowledge and experience.

1) I was born December ▮ 1999 in the United States and am a natural citizen thereof. I presently reside at 11706 Nobility Drive in Stafford, Texas 77477 and my present telephone number is 281-658-2640.

2) I am the alleged Complainant in the above styled, numbered Cause of action due to erroneous state action(s) of Fort Bend County Officials. At no time whatsoever did I ever ask, request, seek or desire to file any type of legal action against my natural father Irshad Ismail Baig during the year 2014 and to date.

3) I was present, on the scene witness to all confrontation episodes over financial issues between my Mother Kausar Baig and Father Irshad Baig during November 2014 and at no time was there any actual, physical or emotional injury suffered by my own person as a result of Irshad Ismail Baig's actions or omission of action.

4) On or about November 20, 2014 both my mother Kausar and myself were questioned by State C.P.S. officer Enrico Fernando during which time my statements were tape recorded. At those times I specifically declared "I am not scared or afraid of my father Irshad."

5) Based upon my own personal experience in the subject matter under Cause No.180026 I cannot see any rational cause for my father Irshad to be prosecuted for something he simply did not do. Furthermore, it is repulsive to my mind to witness a State Agency twist facts around to make appearances that simply do not exist, such as the charged Information saying "did then and there intentionally, knowingly, or recklessly **cause bodily injury to Zaid Baig**

by pushing him with defendants hand." I hereby specifically declare nobody, including Irshad Ismail Baig, ever caused me any bodily injury as fraudulently expressed and charged by State officials in Cause No. 180026 supra.

Sworn to and Subscribed
Before me on this 30th day
of April 2015

_____
ZAID BAIG

Date: ___04-30-2015

_____
Notary Public
Fort Bend County, Texas

(IRSHAD ISMAIL BAIG)
FATHER

AMIN M MEERZA
My Commission Expires
June 1, 2016

No. 14-CCR-177950
County Court at Law No. 3
Fort Bend County, Texas

| | |
|---|---|
| STATE OF TEXAS | ) IN THE COUNTY COURT AT LAW |
| | ) NO. 3 |
| V. | ) |
| | ) FOR |
| IRSHAD ISMAIL BAIG, | ) |
| | ) |
| Defendant, Pro Se | ) FORT BEND COUNTY, TEXAS |
| | ) |
| | ) |

### AFFIDAVIT OF NOLLE PROSEQUI

I, KAUSAR IRSHAD BAIG, do solemnly swear, aver, declare upon oath, under penalty of perjury, according to law that the following two paragraphs are true and correct based upon my own personal knowledge and experience.

1) The only reason I ever signed any type paper work or document related to Fort Bend County, Texas Misdemeanor Cause Number 14-CCR-177950 was because I was placed in serious fear of losing parental custody over my children due to open threat by State of Texas employees interviewing and questioning me about a family incident.

2) I do not intend to prosecute, neither will I participate in any future court or State sponsored activity related to Fort Bend County, Texas Cause Number 14-CCR-177950.

Further Affiant sayeth not.

**RECEIVED**

APR 20 2015

**DISTRICT ATTORNEY'S OFFICE**

KAUSAR IRSHAD BAIG
11706 Nobility Drive
Stafford, TX 77477
Phone: +1 281 6582640

Notary Public, Texas

MALIHA KHAN
MY COMMISSION EXPIRES
September 12, 2015

**COPY**
ORIGINAL filed on 4-20-15
in the Misd records.
Copies NOT compared.
LAURA RICHARD, County Clerk
By _____



AFF!
Affidavit
3561555

No. 15-CCR-180026
County Court at Law No. 3
Fort Bend County, Texas

| | | |
|---|---|---|
| STATE OF TEXAS | ) | BEFORE THE COUNTY |
| | ) | COURT AT LAW NO. 3 |
| V. | ) | |
| | ) | FOR |
| IRSHAD ISMAIL BAIG, | ) | |
| | ) | |
| Defendant, Pro Se | ) | FORT BEND COUNTY, TEXAS |
| | ) | |
| | ) | |
| | ) | |

## AFFIDAVIT OF NOLLE PROSEQUI

I, **ZAID IRHSAD BAIG**, hereby and herein swear upon oath, under the penalty of perjury according to law that the following declarations, averments, statements of fact paragraphs 1 thru 5 are true, correct being based upon my personal knowledge and experience.

1) I was born December 24, 1999 in the United States and am a natural citizen thereof. I presently reside at 11706 Nobility Drive in Stafford, Texas 77477 and my present telephone number is 281-658-2640.

2) I am the alleged Complainant in the above styled, numbered Cause of action due to erroneous state action(s) of Fort Bend County Officials. At no time whatsoever did I ever ask, request, seek or desire to file any type of legal action against my natural father Irshad Ismail Baig during the year 2014 and to date.

3) I was present, on the scene witness to all confrontation episodes over financial issues between my Mother Kausar Baig and Father Irshad Baig during November 2014 and at no time was there any actual, physical or emotional injury suffered by my own person as a result of Irshad Ismail Baig's actions or omission of action.

4) On or about November 20, 2014 both my mother Kausar and myself were questioned by State C.P.S. officer Enrico Fernando during which time my statements were tape recorded. At those times I specifically declared "I am not scared or afraid of my father Irshad."

5) Based upon my own personal experience in the subject matter under Cause No.180026 I cannot see any rational cause for my father Irshad to be prosecuted for something he simply did not do. Furthermore, it is repulsive to my mind to witness a State Agency twist facts around to make appearances that simply do not exist, such as the charged Information saying "did then and there intentionally, knowingly, or recklessly **cause bodily injury to Zaid Baig**

by pushing him with defendants hand." I hereby specifically declare nobody, including Irshad Ismail Baig, ever caused me any bodily injury as fraudulently expressed and charged by State officials in Cause No. 180026 supra.

Sworn to and Subscribed
Before me on this 30/day
of April 2015

_Zaid Baig_
ZAID BAIG

_Amin M Meerza_
Notary Public
Fort Bend County, Texas

Date: ___04-30___, 2015

AMIN M MEERZA
My Commission Expires
June 1, 2016

( IRSHAD ISMAIL BAIG )
FATHER

FILED
2015 MAY -1 PM 4: 04
_Laura Richard_
COUNTY CLERK
FORT BEND COUNTY, TEXAS

No. 15-CCR-180026
County Court at Law No. 3
Fort Bend County, Texas

| | | |
|---|---|---|
| STATE OF TEXAS | ) | BEFORE THE COUNTY |
| | ) | COURT AT LAW NO. 3 |
| V. | ) | |
| | ) | FOR |
| IRSHAD ISMAIL BAIG, | ) | |
| | ) | |
| Defendant, Pro Se | ) | FORT BEND COUNTY, TEXAS |
| | ) | |
| | ) | |

**DEFENDANT PRO SE MOTION TO HOLD ALL PROCEEDINGS IN ABEYANCE UNDER INSTANT CAUSE NUMBER 180026 PENDING DISPOSITION OF ARTICLE 11.09 T.C.C.P (2010) HABEAS CORPUS ACTION NOW BEFORE THE TEXAS COURT OF CRIMINAL APPEALS IN AUSTIN, TEXAS**

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now, IRSHAD ISMAIL BAIG, your Defendant pro se in Cause sub judice and respectfully moves the Court to place all process in judicial abeyance on the instant Cause of action pending final subject matter disposition by the Texas Court of Criminal Appeals. It is well established law that two different courts of the same sovereign authority may not entertain subject matter jurisdiction at the same time frame.

Case Facts

1) On or about April 13, 2015, the 434th District Court of Fort Bend County, Texas dismissed prosecution under Cause Number 068010 at State prosecutor request. - However, on the same day, the same prosecutor re-filed the former charges relying on same facts, subject matter in County Court at Law No. 03. Once a criminal case is

dismissed by proper judicial authority it is deemed by judiciary that the case never existed. The new Cause Number became 15-CCR-180026.

2) On or about May 10, 2015, Defendant filed his pro se Application for Writ of Habeas Corpus, Article 11.09 (pre-trial habeas action) in the Texas Court of Criminal Appeals. See: EXHIBIT "A" attached hereto, at paragraphs 11, 13 page 4 thereof, also paragraph 16, page 4.

PREMISES CONSIDERED:

3) Your Defendant pro se respectfully submits to the Honorable Judge here that significant substantive evidence and due process of law legal claims are timely, appropriately before the Texas Court of Criminal Appeals that warrant complete dismissal of all fact related criminal charges arising out of Fort Bend County against Defendant

4) Because the higher court has total habeas corpus pre-trial jurisdiction over subject matter in Cause subjudice, the instant court is mandated to GRANT Defendant's instant pleading and enter appropriate notice of ABEYANCE onto the Court's docket sheet, thereafter directing the Court's Clerk to timely notify all interested party(s) hereto.

Respectfully Submitted,

_____

IRSHAD ISMAIL BAIG

_____, 2015

MOTION GRANTED/DENIED

_____

PRESIDING JUDGE

**No. 15-CCR-180026**
**County Court at Law No. 3**
**Fort Bend County, Texas**

| | | |
|---|---|---|
| STATE OF TEXAS | ) | BEFORE THE COUNTY |
| | ) | COURT AT LAW NO. 3 |
| V. | ) | |
| | ) | FOR |
| IRSHAD ISMAIL BAIG, | ) | |
| | ) | |
| Defendant, Pro Se | ) | FORT BEND COUNTY, TEXAS |
| | ) | |
| | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, Irshad Ismail Baig, hereby certify I have personally hand delivered true, accurate

copy of foregoing PRO SE MOTION TO HOLD ALL PROCEEDINGS IN ABEYANCE to

the District Attorney Office of Fort Bend County, Texas

30ᵗʰ June, 2015

_____

Irshad Ismail Baig

FILED
2015 JUN 30 AM 8:55
COUNTY CLERK
FORT BEND COUNTY, TEXAS

No. 15-CCR - 180026 -
14-DCR - 068010
County Court at Law No. 3
Fort Bend County, Texas

COPY
ORIGINAL filed on 5/10/15
in the ___MISD___ records.
Copies NOT compared.
LAURA RICHARD, County Clerk
By_____

EXHIBIT "A"

STATE OF TEXAS )
)
V. )
)
IRSHAD ISMAIL BAIG, )
)
Defendant, Pro Se )
)
_____ )

IN THE COUNTY COURT AT LAW
NO. 3

FOR

FORT BEND COUNTY, TEXAS

## IN THE COURT OF CRIMINAL APPEALS OF TEXAS
## APPLICATION FOR WRIT OF HABEAS CORPUS
## (T.C.C.P. ARTICLE 11.09; 11.04)

Applicant: IRSHAD ISMAIL BAIG
Date of Birth: April 07, 1964

### STATEMENT OF CASE

1)    On or about November 18, 2014, Kausar Baig, wife of Applicant herein, made a criminal Complaint with Meadows Police Department of Fort Bend County, Texas implying family violence may have occurred.

2)    A judicial Protection Order was applied for by C.P.S. (Child Protection Service) and was summarily granted, temporarily prohibiting Applicant from associating with or contacting his immediate family in Cause number 14-DCV-219, 272 on or about December 01, 2014. Earlier, on or about November 9th thru 14th, 2014, after C.P.S. officers had interviewed my wife, she was threatened in the

RECEIVED
MAY 13 2015
DISTRICT ATTORNEY'S OFFICE

Page 1 of 6

following manner "If you do not sign an Affidavit against your husband, today we will take official custody against your three children and put them in a State Home."

3) After the Protective Order was granted, the state of Texas as well as the County of Fort Bend, Texas elected to file and prosecute subsequent felony and misdemeanor charges against Applicant under Cause Numbers 14-DCR-68010 (felony) and under 14-CCR-177950, December 2014, January 2015.

4) On or about January 26, 2015, the state of Texas moved to Dismiss the protective Order and Court granted same. See: **Attachment 1**.

5) On or about April 13, 2015, the state of Texas moved to Dismiss felony prosecution in Cause Number 14-DCR-68010 to re-file same as Misdemeanor in Cause Number 15-CCR-180026, subjudice.

6) Applicant is now before the Court seeking habeas corpus relief from what he perceives to be unwarranted judicial harassment and blatant abuse of tax payer funds.

## LEGAL CLAIM

7) Applicant is presently restrained of his liberty and property interests in Fort Bend County, Texas under color of State of Texas law in manner contrary to and inconsistent with the Constitution and law of the United States of America and specifically the FOURTH, FIFTH, SIXTH, and FOURTEENTH Amendments

thereto.

8) Applicant herein urges the writ of Habeas Corpus to issue forth against Fort Bend County Misdemeanor Complaint/Information number 15-CCR-180026 and Dismiss with Prejudice all charges incident thereto.

## CAUSE

9) Applicant is a resident of Fort Bend County living at 11706 Nobility Drive, Stafford, Texas, 77477 thus in personam jurisdiction is satisfied. Jurisdictional authority is under T.C.C.P. Article 11.09 (2010); Article 11.04 (2013).

10) By virtue of criminal Complaint/Information in Cause number 15-CCR-180026 in Fort Bend County, Texas there has arisen applicable Bail Bond restraints as well as numerous and continuing open court appearances which mandate lost working days (Applicant recently laid off after 17 years because of taking too much time off for courts). All of paragraph 10 restraints conclusively establish injury to both Applicant's liberty interests and vested property rights which are severely injured. U.S. Supreme Court declares money as property and 19¢ injury states valid Claim.

11) Applicant complained of liberty restraint has been in effect since on or about December 15, 2014 some 130 days of restraint with continuing effect has elapsed, regardless of fact Applicant admonished the diverse judges, D.A., trial courts that Applicant desired a fast and speedy trial on merits. Applicant has not yet been to

trial and the State Prosecutors have NO valid evidence to set before a jury beyond that of mere speculation which cannot sustain a conviction. BARKER V. WINGO __ S. Ct. __ (1972); WEBBER V. STATE, 29 S.W. 3d 226 (P.D.R. ref.) Tex. App. Hou. (14th) 2000; T.C.C.P. Art. 38.03 and progeny.

12) Finally, Applicant's constitutional rights are essentially a federal question and the instant Pleading is filed to exhaust state remedy at this point.

13) Applicant is supporting his legal claims herein with copy(s) of authentic evidence via sworn, notarized Affidavit(s) and relevant Fort Bend County documents.

14) Applicant has submitted herewith at Attachment A, B: State MOTION TO DISMISS PROSECUTION in Fort Bend County, 434th Judicial District, Cause Number 14-DCR-68010 and State INFORMATION in Cause Number 15-CCR-180026.

15) Applicant has submitted herewith as **EXHIBITS 2, 3, 4** the sworn, notarized Affidavits of KAUSAR IRSHAD BAIG, at **#2**; ZAID IRSHAD BAIG , at **#3**; IRSHAD ISMAIL BAIG, at **#4**

16) At paragraphs 3, 4, 5 of KAUSAR's Affidavit there exists material facts of fear that has coercion implications; irrebuttable declarations which is clearly negative of State criminal statutes required mens rea criteria.

17) At paragraphs 3, 4, 5 of ZAID's Affidavit there exists material facts,

negative of State criminal statutes required mens rea criteria.

18)     At paragraphs 4, 5, 6 of IRSHAD's Affidavit there exists material fact declaring negative impact upon State criminal statutes and specifically those relating to a person's actions or omissions under severe duress as established by sworn Affidavit of KAUSAR IRSHAD BAIG, **Exhibit 2** herewith.

19)     A cursory review of all State evidence in this case even including its companion cases should reveal the State's entire prosecution of Applicant here has evolved from a woman under duress seeking only some kind of temporary protective order at suggestion of a neighbor/friend when neither ever realized the State (local) prosecutors could or would take more extreme action against her entire family. Regardless, however, the status quo of the present State position is frivolous at best. Please take note also of the Sworn Affidavits of Nolle Prosequi on file with Fort Bend County Court and Prosecutors attached herewith, at **Attachments A1 and A2.**

PREMISES CONSIDERED:

20)     Applicant respectfully moves the honorable Court to DISMISS with/without Prejudice the State Information in Misdemeanor Cause number 15-CCR-180026.

So Moved and Prayed

IRSHAD ISMAIL BAIG

## ORDER

On the __ day of _____, 2015 came on to be heard the Application for

WRIT OF HABEAS CORPUS under Texas Code Criminal Procedure, Article

11.09 (2014) and having given due consideration to same, including the evidence

submitted therewith, the Court is of the opinion the WRIT be

GRANTED/DENIED and on this same day the State Information is

DISMISSED/ALLOWED to proceed.


_____          Date: _____, 2015

Presiding Judge

No. 15-CCR-180026
County Court at Law No. 3
Fort Bend County, Texas

| | | |
|---|---|---|
| STATE OF TEXAS | ) | IN THE COUNTY COURT AT LAW |
| | ) | NO. 3 |
| V. | ) | |
| | ) | FOR |
| IRSHAD ISMAIL BAIG, | ) | |
| | ) | |
| Defendant, Pro Se | ) | FORT BEND COUNTY, TEXAS |
| | ) | |
| | ) | |

## CERTIFICATE OF AUTHENTICITY

I, IRSHAD ISMAIL BAIG, Habeas Corpus Applicant in above styled,

numbered Cause of Action, hereby, herein swear upon oath under penalty of

perjury according to law that all EXHIBITS and ATTACHMENTS evidentiary in

scope, nature included with instant Certificate are true and correct photo copies of

the Original documents on file with Fort Bend County and District Clerk Offices in

Fort Bend County, Texas.

_____

IRSHAD ISMAIL BAIG

11706 Nobility Drive, Stafford, Texas 77477

Notary Public, in and for

Fort Bend County, Texas

05/13/2015

AMIN M MEERZA
My Commission Expires
June 1, 2016
NOTARY PUBLIC
STATE OF TEXAS



| IN THE MATTER OF | § | IN THE <u>328th</u> DISTRICT COURT |
|---|---|---|
| <u>KAUSAR BAIG</u><br><u>APPLICANT</u> | § | OF |
| AND | | |
| <u>IRSHAD BAIG</u><br><u>RESPONDENT</u> | § | FORT BEND COUNTY, TEXAS |

AND ON BEHALF OF
ZAID BAIG, AMAN BAIG, KABIR BAIG

## <u>MOTION TO DISMISS</u>

COMES NOW, Tonika Davis, Assistant District Attorney of Fort Bend County, Texas, on behalf of Applicant and respectfully requests this Court to Dismiss Without Prejudice, the above entitled and numbered cause, which was instituted pursuant to Chapter 71. of the Texas Family Code.

Respectfully submitted,

Chad Bridges
Fort Bend County
Asst. District Attorney
Attorney for Applicant
SBN: 00790369

Tonika Davis
Asst. Dist. Atty. Ft. Bend County
Attorney for Applicant
SBN: 24080003

301 Jackson Street
Richmond, TX 77469
(281) 341-4460

**FILED**

JAN 26 2015 ᴶᵐ
AT 10.55 A.M.

Clerk District Court, Fort Bend Co., TX

14-DCV-219272
DIP03
Dismissed by Plaintiff —Suit/Other
2267228

NO. 14-DCV-219,272

| | | |
|---|---|---|
| IN THE MATTER OF | § | IN THE <u>328th</u> DISTRICT COURT |
| | | |
| <u>KAUSAR BAIG</u><br><u>APPLICANT</u> | § | OF |
| | | |
| <u>AND</u> | | |
| | | |
| <u>IRSHAD BAIG</u><br><u>RESPONDENT</u> | § | FORT BEND COUNTY, TEXAS |

AND ON BEHALF OF
ZAID BAIG, AMAN BAIG, KABIR BAIG

<u>ORDER TO DISMISS</u>

On this **26th** day of **January**, 20**15**, came on to be heard the motion of the Assistant District Attorney to dismiss the above entitled and numbered cause for the foregoing reasons. The Court having considered the pleadings, and having heard the evidence and argument of counsel is satisfied that the above stated reasons are good and sufficient to authorize the requested dismissal.

THEREFORE, it is ORDERED, ADJUDGED AND DECREED that the above entitled and numbered cause of action be and is hereby Dismissed Without Prejudice.

SIGNED this **26th** day of **January**, 20**15**.

_____
JUDGE PRESIDING

_____
ASSOCIATE JUDGE PRESIDING

**FILED**

JAN 26 2015

AT _____ 10:55 ___ A. M.

_____
Clerk District Court, Fort Bend Co., TX

NO. 14-DCR-68010

| THE STATE OF TEXAS | | IN THE DISTRICT COURT OF |
|---|---|---|
| VS. | | FORT BEND COUNTY, TEXAS |
| Irshad Ismail Baig | | 434 TH JUDICIAL DISTRICT |
| Defendant | | |

## MOTION TO DISMISS

On this the 13th day of April, 20 15, the State of Texas, by and through the below-named Assistant District Attorney, respectfully requests the Court to DISMISS the above styled and numbered criminal action in which the defendant is charged with the offense of Injury to Child, for the following reason(s) to wit:

☐ The evidence is insufficient to prove this case beyond a reasonable doubt;
☐ The defendant was convicted in another case: Cause Number(s):_____
☐ The complaining witness requests dismissal;
☑ The case has been refiled: Cause Number Misdemeanor Assault FV
☐ The defendant is unapprehended;
☐ The defendant is deceased;
☐ The defendant has been granted immunity for the defendant's testimony;
☐ The defendant made full restitution, including fees and Court costs; or
☐ Other, to wit:

Wherefore, it is prayed that the above case be dismissed with leave to refile,

Respectfully submitted,

_____
Assistant District Attorney

FILED
AMY TRASEK
APR 13 2015
AT 1:43 P.M.
Clerk District Court, Fort Bend Co., TX

## ORDER

Motion to Dismiss is GRANTED on this the 13 day of _____ 20 15

_____
Judge Presiding

14-DCR-68010
68010
Dismissed Other

Revised November 2000      Original - White      Defendant - Yellow      State - Pink

# THE STATE OF TEXAS

### VS

# IRSHAD ISMAIL BAIG

Richa Kumar
22.01 (a)(1)
13990031

15-CCR-180026
CCM
Complaint

| D.O.B.: 04/█/1964 | DA CONTROL NO: 14-011029 |
|---|---|
| CHARGE: ASSAULT CAUSES BODILY INJURY FAMILY VIOLENCE/ MA | ARREST DATE: NA/SUMMONS |
| CAUSE NO: 15-CCR-180026 | OFFENSE DATE: November 09, 2014 |
| COUNTY COURT AT LAW NO: 3 | AGENCY/ AGENCY NO: MEADOWS PLACE POLICE DEPARTMENT/ 20145075477 |
| RELATED CASES: ASSAULT CAUSES BODILY INJURY FAMILY VIOLENCE | CO-DEF: |

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

Before me, the undersigned Assistant District Attorney of Fort Bend County, Texas, this day appeared the undersigned affiant, who under oath says he has good reason to believe and does believe that in Fort Bend County, Texas, **IRSHAD ISMAIL BAIG**, hereafter styled the Defendant heretofore on or about **November 09, 2014**, did then and there intentionally, knowingly, or recklessly cause bodily injury to Zaid Baig by pushing him with Defendant's hand.

It is further presented that at the time of the offense alleged above Zaid Baig was a member of the defendant's family or household or in a dating relationship with the defendant.

AGAINST THE PEACE AND DIGNITY OF THE STATE.

SWORN TO AND SUBSCRIBED BEFORE ME ON 04/13/15

FILED
2015 APR 13 PM 3:59
COUNTY CLERK
FORT BEND COUNTY, TEXAS

_____
AFFIANT

_____
ASSISTANT DISTRICT ATTORNEY
FORT BEND COUNTY, TEXAS

MISDEMEANOR COMPLAINT (████████/DA/AGENCY)

EXHIBIT #2

No. 14-DCR-068010

| | |
|---|---|
| STATE OF TEXAS | ) |
| | ) |
| V. | ) BEFORE THE 434TH DISTRICT |

STATE OF TEXAS )
)
V. )
) BEFORE THE 434TH DISTRICT
IRSHAD ISMAIL BAIG, ) COURT OF FORT BEND COUNTY,
) TEXAS
Defendant, Pro Se )
)
)
)

## SWORN AFFIDAVIT

I, KAUSAR IRSHAD BAIG, hereby, herein swear upon oath under penalty of perjury according to law that the following declarations, averments, statements of fact, paragraphs 1 thru 5 are true and correct being based upon my own personal knowledge and experience.

1) I was born August ███, 1972 and presently reside at 11706 Nobility Drive in Stafford, Texas 77477 and my telephone number is 281-658-2640. On or about November 09, 2014 at above residence my husband Irshad Ismail Baig and I had a misunderstanding; disagreement resulting in a serious argument concerning our financial position.

2) Although at the suggestion and assistance of my friend I was taken to a nearby police station where I signed some form of Complaint against my husband, I was too nervous to read the Complaint so I merely signed at the place I was told to sign by policeman.

3) Days later, on or about November 20, 2014, I was questioned by C.P.S. and informed that my children could be taken away from me by the State of Texas if I refused to sign papers for some "Protective Order." I looked at the papers and signed them for fear of losing my children. I never read those papers either.

4) My children are my life and if they were taken away from me, I could not live. I believe Mr. Enrico Fernando was one of the officers who talked to me. The State employees who talked with me were very nice but when it involved the State taking my children, I heard and understood very clearly and there was nobody that could quiet that tremendous fear in my heart.

5) I never suffered any actual offensive, provocative or painful physical injuries from my husband Irshad Ismail Baig at any time during the names, dates, places incident as a basis for State prosecution arising out of Fort Bend County, Texas.

1

Further Affiant sayeth not.

KAUSAR IRSHAD BAIG

Sworn To and Subscribed
Before me on this 16ᵗʰ day
of February, 2015 A.D.

Notary Public in Fort Bend County, Texas

Date: 02|16|2015 .

AMIN M MEERZA
My Commission Expires
June 1, 2016

2

EXHIBIT #3

No. 14-DCR-668010

| | |
|---|---|
| STATE OF TEXAS ) | |
| ) | |
| V. ) | BEFORE THE 434TH DISTRICT |
| ) | COURT OF FORT BEND COUNTY, |
| IRSHAD ISMAIL BAIG, ) | TEXAS |
| ) | |
| Defendant, Pro Se ) | |
| ) | |
| ) | |
| ) | |

## SWORN AFFIDAVIT

I, ZAID IRSHAD BAIG, hereby, swear upon oath under penalty of perjury according to law that the following declarations, averments, statements of fact, paragraphs 1 thru 6 are true and correct being based upon my own personal knowledge and experience.

1) I was born December ▓ 1999 and presently reside at 11706 Nobility Drive in Stafford, Texas 77477 and my telephone number is 281-658-2640. On or about November 09, 2014 at above residence my natural parents, Irshad father and Kausar mother were arguing about financial problems. I was present with them at the time and I reached over and grabbed my father's arm in attempt to voice my own opinion on the subjects they were discussing. My father reacted in a shocked or surprised manner.

2) My mother Kausar subsequently asked a friend to take her to the Police Department because she was still very angry at my father. Several days later I was interviewed by Child Protective Agency workers.

3) I never did and still do not regard the argumentive language or actions of my father Irshad or my mother Kausar either provocative or offensive to or toward my personal being, throughout the entire month of November 2014.

4) I never witnessed any actual bodily injury of my mother Kausar or my own person during the November 09, 2014 argument between my mother Kausar and father Irshad over financial issues. Neither was I involved in or aware of any other such arguments during the year of 2014.

5) On or about November 20, 2014 both my mother Kausar and myself (Zaid) were questioned by C.P.S. Officer ENRICO FERNANDO during which time my statements were put on tape recorder. At that time I specifically declared "I am not scared or afraid of my father Irshad" and

1

"I acted to intervene" (idem sonan) (para. 1 supra.) with my father Irshad at, during the time of argument the State's erroneous prosecution of my father is presently based upon.

6) Based upon my own personal experience, in this subject matter under Cause No. 14-DCR-068010, I can see no rational cause for my father Irshad to be put in jail or the tumultuous pain caused in my family during separation because of a "protective order" subsequently dismissed by Judge Ronald R. _____. I suffered no personal injury or offense at the hand of my father Irshad Baig at any time incident to State of Texas Cause Number 14-DCR-068010.


Further Affiant sayeth not.


_____
ZAID BAIG


Sworn To and Subscribed
Before me on this _16th_ day
of February, 2015 A.D.


_____
Notary Public in Fort Bend County, Texas

AMIN M MEERZA
My Commission Expires
June 1, 2016

Date: _16.02.14_

2

EXHIBIT #4

No. 14-DCR-068010

| | |
|---|---|
| STATE OF TEXAS | ) |
| | ) |
| V. | ) BEFORE THE 434TH DISTRICT |
| | ) COURT OF FORT BEND COUNTY, |
| IRSHAD ISMAIL BAIG, | ) TEXAS |
| | ) |
| Defendant, Pro Se | ) |
| | ) |
| | ) |
| | ) |
| | ) |

## SWORN AFFIDAVIT

I, IRSHAD ISMAIL BAIG, hereby, herein swear upon oath under penalty of perjury according to law that the following declarations, averments, statements of fact, paragraphs 1 thru 6 are true and correct being based upon my own personal knowledge and experience.

1) I am the named Defendant in Cause No. 14-DCR-068010 arising out of Fort Bend County, Texas.

2) I am proceeding pro-se in my own defense in said (para. 1 Cause Number,) being fully aware of the possible pitfalls, dangers of such representation, as well as being aware of my State of Texas and United States (federal) rights to defend myself personally.

3) I have a sound, secure belief based upon reasoned study of applicable law that I have also filed numerous other pro-se pleadings material and relevant to the disposition of all substantive due process of law issues, questions arising out of the proceedings in Cause sub judice.

4) I have a sound, secure belief based upon a reasoned study of applicable case law authority, both state and federal, that there is either no substantive evidence or only a scintilla of evidence existing that can objectively support the State of Texas felony charges I am on trial for in Cause sub judice.

5) I formally declare, aver and propose that any further prosecution of Fort Bend County Cause Number 14-DCR-068010 based upon presently non-existing evidence would be an abuse of Texas taxpayer funds. However, I do not have authority to remedy.

6) I further declare that at anytime incident to the substantive questions in Fort Bend County Cause Number 14-DCR-068010, I do not recall ever verbally or physically abusing or injuring any member of my family and specifically not my son ZAID nor my wife KAUSAR.

1

Further Affiant sayeth not.

_____
IRSHAD ISMAIL BAIG

Sworn To and Subscribed
Before me on this 16th day
of February, 2015 A.D.

_____
Notary Public in Fort Bend County, Texas

Date: 2/16/2015

AMIN M MEERZA
My Commission Expires
June 1, 2016

2

ATTACHMENT A1

COPY
ORIGINAL filed on 5-14-15
in the _____ records.
Copies NOT compared.
LAURA RICHARD, County Clerk
By_____

No. 15-CCR-180026
County Court at Law No. 3
Fort Bend County, Texas

STATE OF TEXAS )
)
V. )
)
IRSHAD ISMAIL BAIG, )
)
Defendant, Pro Se )
)
)
)

BEFORE THE COUNTY
COURT AT LAW NO. 3

RECEIVED
FOR MAY 01 2015
DISTRICT ATTORNEY'S OFFICE

FORT BEND COUNTY, TEXAS

## AFFIDAVIT OF NOLLE PROSEQUI

I, **ZAID IRHSAD BAIG**, hereby and herein swear upon oath, under the penalty of perjury according to law that the following declarations, averments, statements of fact paragraphs 1 thru 5 are true, correct being based upon my personal knowledge and experience.

1) I was born December ██, 1999 in the United States and am a natural citizen thereof. I presently reside at 11706 Nobility Drive in Stafford, Texas 77477 and my present telephone number is 281-658-2640.

2) I am the alleged Complainant in the above styled, numbered Cause of action due to erroneous state action(s) of Fort Bend County Officials. At no time whatsoever did I ever ask, request, seek or desire to file any type of legal action against my natural father Irshad Ismail Baig during the year 2014 and to date.

3) I was present, on the scene witness to all confrontation episodes over financial issues between my Mother Kausar Baig and Father Irshad Baig during November 2014 and at no time was there any actual, physical or emotional injury suffered by my own person as a result of Irshad Ismail Baig's actions or omission of action.

4) On or about November 20, 2014 both my mother Kausar and myself were questioned by State C.P.S. officer Enrico Fernando during which time my statements were tape recorded. At those times I specifically declared "I am not scared or afraid of my father Irshad."

5) Based upon my own personal experience in the subject matter under Cause No.180026 I cannot see any rational cause for my father Irshad to be prosecuted for something he simply did not do. Furthermore, it is repulsive to my mind to witness a State Agency twist facts around to make appearances that simply do not exist, such as the charged Information saying "did then and there intentionally, knowingly, or recklessly **cause bodily injury to Zaid Baig**

by pushing him with defendants hand." I hereby specifically declare nobody, including Irshad Ismail Baig, ever caused me any bodily injury as fraudulently expressed and charged by State officials in Cause No. 180026 supra.

Sworn to and Subscribed
Before me on this 30th day
of April 2015

_____
ZAID BAIG

_____
Notary Public
Fort Bend County, Texas

Date: ___04-30-___ 2015

AMIN M MEERZA
My Commission Expires
June 1, 2016
NOTARY PUBLIC STATE OF TEXAS

( IRSHAD ISMAIL BAIG )
FATHER

FILED
2015 JUN 30 AM 8: 56
Laura Richard
COUNTY CLERK
FORT BEND COUNTY, TEXAS

No. 14-CCR-177950
County Court at Law No. 3
Fort Bend County, Texas

| | | |
|---|---|---|
| STATE OF TEXAS | ) | IN THE COUNTY COURT AT LAW NO. 3 |
| V. | ) | |
| | ) | FOR |
| IRSHAD ISMAIL BAIG, | ) | |
| Defendant, Pro Se | ) | FORT BEND COUNTY, TEXAS |

### AFFIDAVIT OF NOLLE PROSEQUI

I, KAUSAR IRSHAD BAIG, do solemnly swear, aver, declare upon oath, under penalty of perjury, according to law that the following two paragraphs are true and correct based upon my own personal knowledge and experience.

1) The only reason I ever signed any type paper work or document related to Fort Bend County, Texas Misdemeanor Cause Number 14-CCR-177950 was because I was placed in serious fear of losing parental custody over my children due to open threat by State of Texas employees interviewing and questioning me about a family incident.

2) I do not intend to prosecute, neither will I participate in any future court or State sponsored activity related to Fort Bend County, Texas Cause Number 14-CCR-177950.

Further Affiant sayeth not.

**RECEIVED**

APR 20 2015

**DISTRICT ATTORNEY'S OFFICE**

KAUSAR IRSHAD BAIG
11706 Nobility Drive
Stafford, TX 77477
Phone: +1 281 6582640

Notary Public, Texas



**COPY**
ORIGINAL filed on___4-20-15
in the __Misd__ records.
Copies NOT compared.
LAURA RICHARD, County Clerk
By_____

No. 15-CCR-180026
County Court at Law No. 3
Fort Bend County, Texas

STATE OF TEXAS ) BEFORE THE COUNTY
) COURT AT LAW NO. 3
V. )
) FOR
IRSHAD ISMAIL BAIG, )
)
Defendant, Pro Se ) FORT BEND COUNTY, TEXAS
)
)
)

## DEFENDANT'S MOTION REQUESTING FINDING OF FACT WITH CONCLUSIONS OF LAW

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now, IRSHAD ISMAIL BAIG, Defendant pro-se and respectfully moves the

Court to make findings of fact with conclusions of law pursuant to T.C.C.P Art.11.071 §8

setting forth the Court reasons for not granting Defendant's Art.11.09 Application for Habeas

Corpus relief prior to actual jury trial on subject matter in the Writ.

CAUSE:

1) On or about May 13, 2015 Defendant filed his pro-se Application for Writ of Habeas

Corpus Art. 11.04, 11.09 Tex. Code Crim. Proc. (2010).

2) The date is now July 14, 2015 and the Court has neither addressed or otherwise

mentioned said habeas corpus Application (#15-CCR-180026) presently pending

disposition before the Court instanter.

3) On or about June 30, 2015, some 45 plus days beyond filing date of subject matter

habeas corpus Application, the Court consolidated this Cause number with pre-

existing cause number 14-CCR-177950 and summarily scheduled jury trial of both cases on July 21st, 2015. Cause number 14-CCR-177950 also has an unanswered Art. 11.09 habeas corpus filed on or about April 23, 2015.

PREJUDICE:

4) Should the Court instanter decline to answer or otherwise respond to Defendant's timely filed Art. 11.09 Pleadings summarily continuing to jury trial then Defendant's Statutory and Constitutional rights of meaningful access to courts; access to the Great Writ will suffer irreparable injury, compelling Defendant to develop and file numerous other pro-se appellate pleadings.

PREMISES CONSIDERED:

5) Defendant respectfully requests the Court to promptly address and dispose of Defendant's Application for Writ of Habeas Corpus (Art. 11.04; 11.09) before July 21, 2015 as the First, Fifth, and Fourteenth Amendments to the Constitution of the United States requires. So Moved, Prayed.

_____

IRSHAD ISMAIL BAIG, pro-se

Date: _14 July___, 2015

MOTION GRANTED/DENIED:

_____

Presiding Judge

Fort Bend County, Texas

Date: _____, 2015

|  |  |  |
|---|---|---|
| STATE OF TEXAS | ) | COUNTY COURT AT LAW |
| V. | ) | |
| | ) | No. 3 |
| IRSHAD ISMAIL BAIG, | ) | |
| Defendant, Pro Se | ) | FORT BEND COUNTY, TEXAS |

## CERTIFICATE OF SERVICE

I, IRSHAD ISMAIL BAIG, hereby certify I have delivered a true, correct copy of foregoing, attached Motion:

(1) Defendant's Pro Se Motion to Withdraw Subject Matter Habeas Corpus Jurisdiction

and Proceed Original Action in Texas Court of Criminal Appeals in Austin, Texas

To:

a) Fort Bend County Clerk Office

b) Fort Bend County District Attorney Office

c) Fort Bend County Attorney Office

_____

IRSHAD ISMAIL BAIG

COPY
ORIGINAL filed on _____
in the _____ records.
Copies NOT compared.
LAURA RICHARD, County Clerk
By_____

1

|  |  |  |
|---|---|---|
| STATE OF TEXAS | ) | BEFORE THE COUNTY |
|  | ) | COURT AT LAW NO. 3 |
| V. | ) |  |
|  | ) | FOR |
| IRSHAD ISMAIL BAIG, | ) |  |
|  | ) |  |
| Defendant, Pro Se | ) | FORT BEND COUNTY, TEXAS |
|  | ) |  |
|  | ) |  |
|  | ) |  |

### DEFENDANT PRO SE MOTION TO WITHDRAW SUBJECT MATTER HABEAS CORPUS JURISDICTION AND PROCEED ORIGINAL ACTION IN TEXAS COURT OF CRIMINAL APPEALS, AUSTIN, TEXAS

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now IRSHAD ISMAIL BAIG, pro-se Defendant in Cause sub judice and hereby, herein NOTIFIES the Court of Defendant's intent to withdraw all subject matter Habeas Corpus jurisdiction in above styled, numbered cause of action; thereafter, to file said subject matter Habeas Corpus as Original action in Texas Court of Criminal Appeals sua sponte.

CAUSE:

1) This habeas corpus action is a pre-trial action of which Defendant enjoys Texas and Federal RIGHT/ENTITLEMENT to have the Court(s) rule, decide, and address the merits thereof.

2) The instant Court has been sitting ón top of Defendant's pro-se pre-trial habeas corpus pleadings over <u>115</u> days without addressing the facts set forth therein or <u>transferring</u>

said habeas corpus APPLICATION to the Texas Court of Criminal Appeals as required by law.

3) The instant Court, to exacerbate the Defendant's Constitutional Right injury has also scheduled this Cause of action for jury trial on at least two prior occasions and then reset the Cause for trial on future dates.

4) It strongly appears to be a formidable abuse of discretion on the Court's behalf toward Defendant, therefore Defendant withdraws said habeas pleadings in favor of proceeding Original action jurisdiction in Texas Court of Criminal Appeals.

It is so urged, moved, and decreed by Defendant this 10th day of September 2015.



_____

IRSHAD ISMAIL BAIG

11706 Nobility Drive

Stafford, TX 77477

Sworn and Subscribed
before me this 10 day
of September, 2015

_____

Notary Public for

Fort Bend County, Texas

KAVITA BHATT
Notary Public
STATE OF TEXAS
My Comm. Exp. 11-13-18